United States District Court
Southern District of Texas
**ENTERED**
November 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH M. PACETTI, <br> Plaintiff | § § § | |
| VS. | § § | Case No. 4:15-cv-237 |
| BNSF RAILWAY COMPANY, <br> Defendant | § § § | Judge Melinda Harmon <br> Magistrate Judge Frances Stacy |

### ORDER ON AGREED MOTION FOR DISMISSAL WITH PREJUDICE

After considering the Agreed Motion for Dismissal with Prejudice filed by Plaintiff Kenneth Pacetti and Defendant BNSF Railway Company, the Court

GRANTS the motion and dismisses the case with prejudice.

SIGNED ON: *November 3*, 2016.